**SEALED** **FILED**



APR 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(c) DIRECTING AT&T, METRO PCS, SPRINT/NEXTEL/BOOST, T-MOBILE, VERIZON, TRACFONE AND CRICKET TO DISCLOSE CELL TOWER LOG INFORMATION | CASE NO. 2:15-SW-0204 KJN<br><br>ORDER TO DISCLOSE CELL TOWER INFORMATION<br><br>SEALED |

The United States has submitted an application pursuant to 18 U.S.C. § 2703(c) requesting that the Court issue an order requiring AT&T, MetroPCS, Sprint/Nextel/Boost, T-Mobile, Verizon, TracFone, and Cricket ("the Service Providers") to disclose the records and other information described in **Attachment A** to this Order.

The Court finds that the United States has offered specific and articulated facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court also finds that there is reason to believe that notifying any other person, including individuals whose wireless devices connected to the cellular telephone towers described in Part I of Attachment A, of the existence of the application of the United States, or the existence of this Order, will seriously jeopardize the ongoing investigation.

**IT IS THEREFORE ORDERED**, pursuant to 18 U.S.C. § 2703(d), that the Service Providers shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

**IT IS FURTHER ORDERED** that the Service Providers shall not disclose the existence of the application of the United States, or the existence of this Order, to any other person, unless and until authorized to do so by the Court.

**IT IS FURTHER ORDERED** that the Application and this Order are sealed until otherwise ordered by the Court.

DATE: Apl 29 2015

Hon. Kendall J. Newman
United States Magistrate Judge

## ATTACHMENT A

### I.     The Cell Towers

This Order applies to certain records and information associated with the following cellular telephone towers ("cell towers") at the following date and times:

| Cell Towers | Date | Times (Pacific Time) |
|---|---|---|
| The cell towers that provided cellular service to Hank Monk Ave, South Lake Tahoe, CA. | March 23, 2015 | 1900-2100 hrs (7:00pm– 9:00pm) |
| The cell towers that provided cellular service to 524 Kirkland Ave, Vallejo, CA. | March 22, 2015 | 2100-0000 hrs (9:00pm-12:00am) |
| The cell towers that provided cellular service to 524 Kirkland Ave, Vallejo, CA. | March 23, 2015 | 0000-0500 hrs (12:00am-5:00am) |
| The cell towers that provided cellular service to 560 Contra Costa Blvd, Pleasant Hill, CA. | March 02, 2015 | 1700-1800 hrs (5:00pm– 6:00pm) |
| The cell towers that provided cellular service to 2020 Florida St, Huntington Beach, CA. | March 23, 2015 | 0700-0930 hrs (7:00am– 9:30am) |
| The cell towers that provided cellular service to 1848 Lake St, Huntington Beach, CA. | March 23, 2015 | 0700-0930 hrs 7:00am– 9:30am) |

### II.    Records and Other Information to Be Disclosed

For each cell tower described in Part I of this Attachment, the Service Providers named in the Order are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made using the cell tower during the corresponding timeframe(s) listed in Part I, including the records that identify:

    A.    the telephone call number and unique identifiers for each wireless device in the vicinity of the tower ("the locally served wireless device") that registered with the tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules

11

("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

B. the source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that called, or was called by, the locally served wireless device);

C. the date, time, and duration of each communication;

D. the "sectors" (i.e., the faces of the towers) that received a radio signal from each locally served wireless device; and

E. the type of communication transmitted through the tower (such as phone call or text message).

These records should include records about communications that were initiated before or terminated after the specified time period, as long as part of the communication occurred during the relevant time period identified in Part I.