**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
APR 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) DIRECTING AT&T, METRO PCS, SPRINT/NEXTEL/BOOST, T-MOBILE, VERIZON, TRACFONE AND CRICKET TO DISCLOSE CELL TOWER INFORMATION | CASE NO. 2:15-SW-0204  KJN<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Application For Order to Disclose Cell Tower Information, and the Order to Disclose Cell Tower Information, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: April 29, 2015

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER                              1