

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | IN THE MATTER OF THE APPLICATION        CASE NO. 2:15-SW-0204-KJN
   | OF THE UNITED STATE OF AMERICA FOR
13 | AN ORDER PURSUANT TO 18 U.S.C.
   | § 2703(D) DIRECTING AT&T, METRO PCS,    [PROPOSED] ORDER TO UNSEAL
14 | SPRINT/NEXTEL/BOOST, T-MOBILE,           APPLICATION AND ORDER TO DISCLOSE
   | VERIZON, TRACFONE AND CRICKET TO        CELL TOWER INFORMATION
15 | DISCLOSE CELL TOWER INFORMATION

16

17

18

19     The government's request to unseal the application and order in the above-captioned matter is

20  GRANTED.

21

22  Dated: August 24, 2015

23                                          HON. EDMUND F. BRENNAN
                                            U.S. Magistrate Judge
24

25

26

27

28